IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT HOSKINS, et al.,

        Plaintiffs,

vs.                                    Civ. No. 99-457 RLP/WWD

RUTHVEN N. SAMPATH, M.D., et al.,

        Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court as the result of a telephonic Rule 16 conference held with counsel on November 19, 1999. Counsel recited various difficulties in scheduling the depositions of various individuals. They were unanimous in requesting additional time for pretrial activity in this cause, including a ninety day extension in the time allowed for discovery. The schedule for pretrial activity in this cause shall be as follows:

        Discovery ends: May 15, 2000

        Discovery motion packets filed with the Court by: June 22, 2000

        Plaintiffs identify experts by: February 16, 2000

        Defendants identify experts by: March 16, 2000

        Other pretrial motion packets filed with the Court by: August 1, 2000

        Pretrial order from Plaintiffs to Defendants by: August 8, 2000; From Defendants to Court by August 21, 2000.

Counsel will notify the undersigned on or before November 30, 1999, of the results of their attempts to work out scheduling difficulties with respect to discovery. If counsel are unable to create a schedule for the various depositions to be taken, I will have a meeting with counsel at 1:30 p.m. on December 1, 1999, in my chambers.

This cause shall proceed in accordance with the foregoing.

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE